**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John C. BEST, Gregory J. Bewick, and
Paul F. Conarty,
Defendants–Appellants.**

**Nos. 87–2456, 87–2457 and 87–2458.**

United States Court of Appeals,
Seventh Circuit.

Jan. 25, 1991.

Before BAUER, Chief Judge, and CUMMINGS, WOOD, Jr., CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION, and KANNE, Circuit Judges.

ORDER

The petition for rehearing with suggestion for rehearing en banc in the above-entitled cause is GRANTED, the panel decision is VACATED, and the appeal is restored to the calendar for oral reargument before the full court at a date and time to be announced.